John A. Snow (3025)
PARSONS, BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com
*Attorneys for Gemini Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GEMINI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BIOTECH LABS, LLC and ABL MANUFACTURING, LLC,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:21-cv-00191 |

Plaintiff, GEMINI INSURANCE COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), having not been served with an answer or motion for summary judgment from any opposing party, voluntarily dismisses this action without prejudice.

DATED this 9th day of June, 2021.

PARSONS BEHLE & LATIMER


/s/ John A. Snow
John A. Snow
*Attorneys for Gemini Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2021, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be filed via the Court's ECF system, which sent notification of the filing to all counsel of record.

/s/ John A. Snow